UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE VIDEO, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY H. PAGOLA and YOKO ONO LENNON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>  NO. 08 CV 10391-RWZ |

**DEFENDANT YOKO ONO LENNON'S
MOTION TO VOLUNTARILY DISMISS COUNTERCLAIMS III AND IV AND FOR
ENTRY OF PARTIAL JUDGMENT IN HER FAVOR**

Pursuant to Fed. R. Civ. P. 41, and in accordance with the Court's Memorandum of Decision and Order dated June 24, 2009, Defendant/Plaintiff-in-Counterclaim Yoko Ono Lennon ("Mrs. Lennon") moves to dismiss voluntarily Count III (recovery of chattels) and Count IV (right to privacy) of her counterclaim and for entry of partial judgment in her favor. The dismissal of Counts III and IV is sought without prejudice to Mrs. Lennon reasserting those counts in the event the plaintiff/defendant-in-counterclaim World Wide Video ("WWV") successfully appeals the Court's ruling in Mrs. Lennon's favor on her Motion for Judgment on the Pleadings with respect to Count I (declaratory judgment) and Count II (injunctive relief) of her counterclaim (Docket No. 31) and/or the Court's ruling on May 21, 2008 granting Mrs. Lennon's Motion for Judgment on the Pleadings dismissing the claims against her (*See* Docket entry on May 21, 2008 & Transcript.).

- 2 -

Mrs. Lennon also moves for entry of partial judgment in her favor in the form attached hereto at Exhibit A.  Because WWV's claims against the defendant Pagola remain pending, entry of final judgment is not sought at this time.

Respectfully submitted,

**YOKO ONO LENNON,**

By her attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano, BBO #013850
jonathan.albano@bingham.com
Carol E. Head, BBO #652170
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
617.951.8000

Dated: July 6, 2009

## RULE 7.1(A)(2) CERTIFICATE

Counsel certifies that on July 3 and 6, 2009, counsel conferred with plaintiff's counsel in an attempt to resolve or narrow the issues presented by this Motion; plaintiff's counsel advised that plaintiff does not object to the motion to dismiss, but does object to the entry of the proposed form of judgment.

*/s/ Jonathan M. Albano*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2009.

*/s/ Jonathan M. Albano*, BBO #013850
jonathan.albano@bingham.com

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE VIDEO, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>ANTHONY H. PAGOLA and YOKO ONO LENNON,<br><br>                          Defendants. | CIVIL ACTION<br>NO. 08 CV 10391-RWZ |

**[PROPOSED] FORM OF PARTIAL JUDGMENT**

This action came before the Court upon the motions of defendant and plaintiff-in-counterclaim Yoko Ono Lennon ("Mrs. Lennon") (a) for Judgment on the Pleadings to dismiss the claims against her (Docket No. 9); (b) for Judgment on the Pleadings with respect to Count I (declaratory judgment) and Count II (injunctive relief) of her counterclaim (Docket No. 31); and (c) to Voluntarily Dismiss Counts III and IV of her Counterclaim and for Entry of Judgment. In accordance with the Court's order of May 21, 2008 and Memorandum of Decision and Order dated June 24, 2009, it is hereby ORDERED, ADJUDGED and DECREED as follows:

     1.     All claims asserted against Mrs. Lennon in plaintiff's Complaint (Counts II and IV) are dismissed with prejudice.

     2.     Count III (recovery of chattels) and Count IV (right to privacy) of Mrs. Lennon's counterclaim are dismissed without prejudice to Mrs. Lennon reasserting those counts in the event World Wide Video successfully appeals the Court's ruling in Mrs. Lennon's favor on her Motion for Judgment on the Pleadings with respect to Count I (declaratory judgment) and

- 4 -

Count II (injunctive relief) of her counterclaim (Docket No. 31) and/or the Court's ruling on May 21, 2008 granting Mrs. Lennon's Motion for Judgment on the Pleadings to dismiss the claims against her (*See* Docket entry on May 21, 2008 & Transcript.).

   3. Judgment shall enter in Mrs. Lennon's favor on Count I of her counterclaim (declaratory judgment) declaring that Mrs. Lennon is the rightful owner of the copyrights to the Footage, Videotapes and "Portrait" that are the subject matter of this action and that WWV has no rights to the copyrights to the Footage, Videotapes or "Portrait" or any portions thereof.

   4. Judgment shall enter in Mrs. Lennon's favor of Count II of her counterclaim (injunctive relief) ordering the plaintiff/defendant-in-counterclaim World Wide Video ("WWV") to turnover to Mrs. Lennon any and all copies of the Footage, Videotapes and "Portrait" at issue in this matter, including partial copies and derivative works based thereon, in any format, in its possession within thirty (30) days of entry of this judgment. *See* 17 U.S.C. § 503(b). In the event WWV appeals this judgment, such copies shall be kept by WWV's counsel pending the outcome of the appeal.

             So Ordered,

             _____
             Hon. Rya W. Zobel
             United States District Judge
             Boston, Massachusetts

Dated: