UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-10391-RWZ

WORLD WIDE VIDEO, LLC,

v.

ANTHONY H. PAGOLA and
YOKO ONO LENNON

FORM OF PARTIAL JUDGMENT

July 13, 2009

ZOBEL, D.J.

This action came before the court upon the motions of defendant and plaintiff-in-counterclaim Yoko Ono Lennon ("Mrs. Lennon"): (1) for Judgment on the Pleadings to dismiss the claims against her (Docket # 9); (2) for Judgment on the Pleadings with respect to Count I (declaratory judgment) and Count II (injunctive relief) of her counterclaim (Docket # 31); and (3) to Voluntarily Dismiss Counts III and IV of her Counterclaim and for Entry of Judgment.  Although the case remains open against defendant Anthony H. Pagola pending a default judgment, there is no just reason to delay entry of judgment on plaintiff's claims against Ms. Lennon or her counterclaims. See Fed. R. Civ. P. 54(b).

In accordance with the court's order of May 21, 2008, and Memorandum of Decision and Order dated June 24, 2009, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.    All claims asserted against Mrs. Lennon in plaintiff's Complaint (Counts II

and IV) are dismissed with prejudice.

2. Count III (recovery of chattels) and Count IV (right to privacy) of Mrs. Lennon's counterclaim are dismissed without prejudice to Mrs. Lennon reasserting those counts in the event World Wide Video ("WWV") successfully appeals the court's ruling in Mrs. Lennon's favor on her Motion for Judgment on the Pleadings with respect to Count I (declaratory judgment) and Count II (injunctive relief) of her counterclaim (Docket # 31) and/or the court's ruling on May 21, 2008, granting Mrs. Lennon's Motion for Judgment on the Pleadings to dismiss the claims against her.  (See Docket, Electronic Endorsement, May 21, 2008.)

3. On Count I of Mrs. Lennon's counterclaim (declaratory judgment) it is declared that she is the rightful owner of the copyrights to the Footage, Videotapes and "Portrait" that are the subject matter of this action and that WWV has no rights to the copyrights to the Footage, Videotapes or "Portrait" or any portions thereof.

4. On Count II of Mrs. Lennon's counterclaim (injunctive relief), WWV is permanently enjoined from commercially exploiting or publicly exhibiting the Footage, Videotapes or "Portrait" or any portion thereof.

So Ordered,

| July 13, 2009 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE