UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE VIDEO, LLC,<br>    Plaintiff,<br>v.<br><br>ANTHONY H. PAGOLA,<br>AND<br>YOKO ONO LENNON A/K/A<br>YOKO ONO,<br>    Defendants. | Civ. Act. No.:  08 CV 10391-RWZ |

## CERTIFICATE OF SERVICE

I, Matthew W. Perkins, hereby certify that on this 25th day of September 2009 caused a true copy of the within Application for Default Judgment, Memorandum in Support of Request for Default Judgment, Attorney's Affidavit Relative to Legal Fees and Expenses, statements showing legal fees and expenses, Affidavit and Resume of Robert Johnson, to be served, via first overnight mail , postage prepaid, upon

Anthony Pagola at his last known address:

Anthony Pagola
1609 S. Kirkman Road
No. 2203
Orlando, FL 32811

/s/s Matthew W. Perkins
Matthew W. Perkins, BBO 564868
Lecomte, Emanuelson and Doyle,
Batterymarch Park II,
One Pine Hill Drive, Suite 101
Quincy, MA 02169
(617)328-1900