# Affidavit of Authenticity

## Affidavit of Identity and value

Item: John Lennon Film shot on 16mm film by Tony Cox (10 hours of footage) Titled *"3 Days in the Life"*

World Wide Video, LLC Plantiff, vs.
Anthony H. Pagola, and Yoko Ono Lennon A/K/A/ Yoko Ono
Civ. Act. No.: 08 CV 10391-RWZ

To whom it may concern,

I, Robert Johnson, am considered to be an expert in the field of Entertainment Memorabilia and Intellectual Property hereby on oath depose and state the following:

1. I am providing this affidavit in connection with an Assessment of Damages Hearing in the above referred to matter and I am providing my opinion as to the value of the film know as *"3 Days in the Life"* as of May, 2002.
2. I am presently working as a consultant to Alexander Autographs Auction House located at 860 Canal Street 2nd floor, Stamford Connecticut. I have worked for this company for the past year.
3. The business of Alexander Autographs is being a leading auctioneer of fine historic autographs, manuscripts and other collectables, Music and Rock and Roll Memorabilia, photographs, films, Actors, Artist, Entertainers, Music Celebrities Politicians, Military, War Documents, Supreme Court Historical items, and intellectual property. Alexander is a member in good standing with the Professional Autograph Dealers Association, the Manuscript Society, and the Ephemera Society.
4. I have provided in excess of five hundred (500) appraisals for insurance companies, sellers and purchasers of collectables and other memorabilia involving primarily the Rock and Roll and music industry.
5. Attached hereto is a true and accurate copy of my resume.
6. As music director for the Hard Rock Café between 1990 and 1997, part of my responsibility was to obtain music memorabilia for the Hard Rock Cafes

1

in various locations. Much of this memorabilia involved Beatles memorabilia.

7. I have worked as a consultant on a Jimmy Hendrix Woodstock documentary.
8. I have been a consultant and researcher for the Rock n' Roll hall of Fame.
9. I have as a consultant for Sotheby's, Christie's, Skinner Auctioneers and Appraisers, Bonham and Butterfield and Fleetwood Owen auction houses relating to the sale of music memorabilia and collectables as to the authenticity and value.
10. I have personally sold and purchased thousands of pieces of music memorabilia and collectibles.
11. I am currently a board member and consultant to the Texas Musicians Museum located in Hillsboro, Texas
12. I have provided and expert opinion in a case in the Tennessee State Court involving Elvis Presley Memorabilia.
13. I am familiar with the film made by Tony Cox involving the filming of three days in the life of John and Yoko Lennon between February 8th and 10th, 1970.
14. I have read the entire script of this movie and I have viewed the movie.
15. This movie has a value as a collectable as well as potential use for theatrical and other media release.

I have examined numerous sales of Beatles, Jimmy Hendrix and Elvis Presley collectables and memorabilia over the years and have viewed the prices obtained for these materials. I have compared them to the film in question.

16. Based on my experience, review of the materials in question and comparisons with similar music and rock and roll memorabilia and collectible sales, it is my opinion that in May of 2002 the film known as '*3 Days in the Life*' had a value ranging between $4,000,000.00 and $6,000,000.00.

Signed under the pains and penalties of perjury this 24th day of September 2009.

_____
Robert Johnson

2

## Partial Resume for Robert Johnson

1. Collector of Music Memorabilia and Vintage Guitars for 39 Years. (Clothing, Photographs, Films, Musical Instruments, and Hand Written Manuscripts)
2. Music Director for Hard Rock Café International Orlando from 1990 to 1997. Decorated and supplied Music Memorabilia for multiple locations worldwide as well as producing events relating to Elvis Presley, The Beatles, and more.
3. Helped design, consult and curate in 2000 the first Smithsonian built museum outside of Washington D.C. located in Memphis Tennessee, "Smithsonian's Rock and Soul Museum". This required exhibits of musical instruments as well as intricate videos and films of many historical artists. Robert worked direct with Smithsonian's Curator Charlie McGovern, Washington D.C.
4. Worked and consulted with Paul Allen's Experience Music Project located in Seattle Washington (1993-1999). Robert worked with Ben London (Curator), and Researcher Bob Sheau in providing Music Memorabilia, Photographs and Film clips of notables such as Jimi Hendrix, Bo Diddley, Carl Perkins, The Beatles and more.
5. Has worked as consultant on the Jimi Hendrix Live at Woodstock DVD Documentary and also the Jimi Hendrix Illustrated Book and C.D. in which he is credited several times. Robert worked with Janie Hendrix, John McDermott and Bob Smeaton (also Producer of the Beatles DVD Documentary).
6. Has worked as consultant and researcher for the "Rock and Roll Hall of Fame's" Curator, Craig Inciardi for 15 years. Robert worked for Craig with the Cleveland Hall of Fame as well as the

new "Rock & Roll Hall of Fame" on Mercer Street in New York City.  Phone 212-484-1759

7. Has worked for the following Auction Houses as a consultant and consignor:
   A. Sotheby's- NYC
   B. Christie's- NYC
   C. Skinner- Boston
   D. Butterfield and Bonham's- Los Angeles
   E. Fleetwood Owen- London England

8. Has owned and sold some of the greatest Music related collectables in the world including, clothing, film footage, photographs and musical instruments.

9. Has worked with Elvin Feltner, film entrepreneur & owner of 3,000 movie titles, videos, movie footage, where he cataloged and appraised his collection.

10. Currently a consultant and Board Member to the "TEXAS MUSICIANS MUSEUM" located outside Dallas Texas in Hillsboro Texas, 212 Waco Street Hillsboro Texas. Robert has worked with director/owner Tom Kreason for 20 years. Ph.254-580-9780

11. Currently works for Alexander Autographs Auction House 860 Canal Street 2nd floor Stamford Connecticut 06902 as a consultant, consignor, and event planner. Ph.203-276-1570

12. Over the last fifteen (15) years has provided over 500 appraisals for various purposes, including sales and insurance values.

13. Has provided expert opinions and appraisals in cases pending in the following court: Chancery Court Memphis Tennessee 1998.  Case Larry Moss dba/ Moss Memorabilia vs.

Stephen Shutts. This lawsuit involved an Elvis Presley Jumpsuit then valued at $75,000. Mr. Johnson was hired as an expert in the field of Music Memorabilia and testified on behalf of the plaintiff, Larry Moss. Mr. Moss won the lawsuit and was rewarded $55,000.

14. Robert is a hit song writer, writing songs for the "JUDDS" and T.V Commercials as well as his critically acclaimed 1978 Album "Close Personal Friend". Robert has played Guitar for Isaac Hayes, The Rolling Stones, John Entwistle of "The Who", Jerry Lee Lewis, Doobie Brothers, and more. Robert has appeared on many National TV show including The David Frost Show, The Johnny Carson Show, Top of the Pops ( BBC London), Old Grey Whistle Test (BBC London). Robert has extensive knowledge of rare TV Footage and his partner/manager is Michael Turnbull of London former owner of "John Bull Films" 19 Haggars Mead, Earl Stonham, Suffolk, England ip45ja ph.011441449711594. Robert is currently signed to ANGEL AIR RECORD IN ENGLAND, www.angelair.co.uk