UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE VIDEO, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>ANTHONY H. PAGOLA and YOKO ONO LENNON,<br><br>                Defendants. | CIVIL ACTION<br>NO. 08 CV 10391-RWZ |

**RESPONSE BY YOKO ONO LENNON TO
PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**

Yoko Ono Lennon ("Mrs. Lennon") respectfully submits this Response to Plaintiff's Application for Default Judgment.

Mrs. Lennon recognizes that the Court's ruling on the plaintiff's application should have no collateral estoppel or other effect on Mrs. Lennon in that separate and final judgment already has been entered as to the claims and counterclaims to which she was a party. Nevertheless, because the plaintiff's application seeks a determination concerning the value of property owned by Mrs. Lennon, and in order to minimize the risk of any future litigation with the plaintiff concerning that or any other subject, Mrs. Lennon requests leave to briefly respond to the plaintiff's application as follows:

Mrs. Lennon disputes the plaintiff's contention as to the value of the film at issue in this case, particularly given that neither Mrs. Lennon nor, to her knowledge, any one else who appears in the film has provided releases allowing the film to be commercially exploited. Mrs. Lennon also disputes the plaintiff's allegation that the transfer to her of the film and the copyright was "illegal and unauthorized." *See* Application, p.3. In that regard, Mrs. Lennon

- 2 -

incorporates the allegations of her counterclaims and, in addition, states that she also holds the copyrights to music contained in the footage.

Respectfully submitted,

**YOKO ONO LENNON,**

By her attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano, BBO #013850
jonathan.albano@bingham.com
Carol E. Head, BBO #652170
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
617.951.8000

Dated: September 28, 2009

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 28, 2009.

*/s/ Jonathan M. Albano*, BBO #013850
jonathan.albano@bingham.com
